No. 11–8261. ZANDERS v. FERKO ET AL. C. A. 3d Cir. Certiorari denied.

No. 11–8271. FLORES v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 11–8273. GREER v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 11–8274. EL BEY, AKA SAVALL, AKA SAKIM v. DAVIS ET AL. C. A. 4th Cir. Certiorari denied.

No. 11–8275. CUFFY v. FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 11–8277. BERNARD v. TEXAS. Ct. App. Tex., 14th Dist. Certiorari denied.

No. 11–8281. PHAM v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 11–8285. KENDRICK v. INDIANA. Ct. App. Ind. Certiorari denied.

No. 11–8287. SWISHER v. INDIANA. Ct. App. Ind. Certiorari denied.

No. 11–8293. ERNANDEZ v. MERRILL LYNCH. C. A. 3d Cir. Certiorari denied.

No. 11–8295. BLANCO v. MCDONALD, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–8296. BAILEY v. TEXAS. Ct. App. Tex., 3d Dist. Certiorari denied.

No. 11–8304. ALSTON v. WINTHROP UNIVERSITY POLICE DEPARTMENT ET AL. C. A. 4th Cir. Certiorari denied.

No. 11–8305. MCKINNON v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 11–8307. OBI v. VIRGINIA. Sup. Ct. Va. Certiorari denied.